UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIONGHU FANG,<br><br>Defendant. | **INDICTMENT**<br><br>26 Cr.<br><br>26 CRIM 411 |

**COUNT ONE**
**(False Statements)**

The Grand Jury charges:

1. On or about December 30, 2024, in the Southern District of New York and elsewhere, XIONGHU FANG, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, and made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, to wit, in a Form I-485, Application to Register Permanent Residence or Adjust Status, filed with the United States Citizenship and Immigration Services, FANG falsely stated that he had never: (i) served in, been a member of, assisted, or participated in any military unit; (ii) been a member of or in any way affiliated with the Communist Party or any other totalitarian party (in the United States or abroad); or (iii) misrepresented any information on an application to obtain a visa required for entry into the United States.

(Title 18, United States Code, Sections 1001(a)(2)-(3), and 2.)

**COUNT TWO**
**(Immigration Document Fraud)**

The Grand Jury further charges:

2. From at least on or about December 30, 2024, through at least June 2025, in the Southern District of New York and elsewhere, XIONGHU FANG, the defendant, knowingly made under oath, and as permitted under penalty of perjury under section 1746 of title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented and caused to be presented such an application, affidavit, and other document which contained such a false statement and which failed to contain any reasonable basis in law and fact, to wit, in a Form I-485, Application to Register Permanent Residence or Adjust Status, filed with the United States Citizenship and Immigration Services, FANG falsely certified, under penalty of perjury, that the statements contained within the application were complete, true, and correct.

(Title 18, United States Code, Sections 1546(a) and 2.)

[redacted] 9/8/2026

JAMES M. MCDONALD
United States Attorney