USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _9/25/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

XIONGHU FANG,

Defendant.

26 Cr. 411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for an initial conference on **Tuesday, September 29, 2026** at **10:00 a.m.** in **Courtroom 15D**, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANALISA TORRES
United States District Judge